# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHNNIE L. DIRDEN, JR.,**

    Plaintiff,

v.                                    Case No. 3:15cv342/MCR/CJK

**PENSACOLA POLICE DEPARTMENT, et al.,**

    Defendants.

_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 6, 2015 (doc. 15), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 15) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim upon which relief may be granted.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of November, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**